UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| **Laura Enem,** ) | **Bankruptcy Case:** |
| Debtor ) | |
| **Laura Enem,** ) | **Honorable:** |
| Plaintiff ) | |
| v. ) | |
| **UNITED STATES DEPARTMENT OF EDUCATION,** ) | |
| Defendant ) | |

**Complaint to Determine Dischargeability of Student Loan**

1. I, Laura Enem, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $46956.19 and $5000, were incurred to pay tuition at American InterContinental University - Los Angeles to obtain a degree in Media Film Production, American Career College to obtain a degree in Pharmacy Technician Program, and Santa Monica College to obtain a degree in Liberal Arts. I withdrew from the Liberal Arts program at Santa Monica College.

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

   The court should presume that I will remain unable to repay my student loan debt in accordance with

the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

IV. The school(s) I attended for which the loan(s) were procured have closed. This closure had a significant impact on the my ability to repay my loans.

V. I have a disability or chronic injury impacting my income potential (Student Loan Discharge Guidance IV.B.2)

1. I was diagnosed with a chronic condition called Lupus in 1996.

6. I have demonstrated good faith with regard to repayment of my student loan debt.

I. I have made payments totaling $50 on the loan identified as "AES Student Loans."
I have made payments totaling $2156 on the loan identified as "Mohela Loan." The loan identified as "Mohela Loan" was in forbearance for 12 months.

II. I have been on a student loan repayment program.

III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $121844.68.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: _____

Respectfully filed,

_____

Laura Enem

Pro Se Plaintiff

2015 Holly Glade Lane, Sugar Land, TX 77498

lauraenem@protonmail.com