United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Jamila Robateaux, | § | Case No. 25-34598 |
| Debtor | § | |
| | § | Chapter 7 |
| Jamila Robateaux, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Adversary No. 25-03614 |
| United States Department of Education. | § | |
| Defendant | § | |

**ORDER**
**(Related to ECF No. 3)**

Before the Court is the unopposed motion to stay adversary proceeding filed by Defendant United States Department of Education. For the reasons stated in the motion, it is GRANTED.

It is hereby ORDERED that all deadlines and proceedings in this case are stayed for 180 days.

It is further ORDERED that a status conference shall be held March 23, 2026, at 11:00 a.m., via electronic hearing.

Signed: September 12, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

Robateaux,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 25-03614-evr

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
| Date Rcvd: Sep 12, 2025 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Jamila Robateaux, 4811 Banyan Tree Trail, Sprng, TX 77373-2367 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | United States Department of Education |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Myra Siddiqui | on behalf of Defendant United States Department of Education myra.siddiqui@usdoj.gov caseview.ecf@usdoj.gov,sydnie.kempen@usdoj.gov,nicole.robbins@usdoj.gov,rhoma.romero@usdoj.gov,usatxs.bankruptcy-ecf@usdoj.gov,Isabell.hinojosa@usdoj.gov |

TOTAL: 1